AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>TIMOTHY LOUIS HALE-CUSANELLI<br><br>*Defendant(s)* | Case: 1:21-mj-00075<br>Assigned to: Judge Robin M. Meriweather<br>Assign Date: 1/15/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 6, 2021   in the county of _____ in the
_____ District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 18 U.S.C. 1752(a)(2) | Disrupting the Orderly Conduct of Government Business |
| 40 U.S.C. 5104(e)(2)(D) | Violent Entry and Disorderly Conduct in a Capitol Building |
| 40 U.S.C. 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building |
| 18 U.S.C. 231(a)(3) | Obstructing a Law Enforcement Officer During a Civil Disorder |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Daniel J. Meyers, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone (specify reliable electronic means).

Date:   01/15/2021

*Judge's signature*

City and state:   Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*