# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                          Criminal Number

(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☐ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

*Jonathan Zucker* /PD
_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

_(Attorney & Bar ID Number)_

_(Firm Name)_

_(Street Address)_

_(City)         (State)         (Zip)_

_(Telephone Number)_