# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Trevor N. McFadden |
| Plaintiff, | |
| v. | Criminal No. 21-00037-TNM |
| TIMOTHY LOUIS HALE-CUSANELLI, | |
| Defendant. | |

## DEFENDANT'S SUPPLEMENTAL MOTION
## FOR CORRECTION ON REVIEW

Defendant Timothy Louis Hale-Cusanelli, by and through undersigned counsel, respectfully submits a correction to the motion *Defendant's Motion for Modification of Bond to Place the Defendant on Conditional Release Pending Trial* filed on March 1, 2021.[1]  A representation was made by a family member that Defendant was offered an honorable discharge from military service however, it has come to counsel's attention that this was a mistaken representation and is not accurate.  Defendant submits this correction to the Court.

Respectfully submitted,

_____/s/_____

---

[1] A redacted version was filed on the public record on March 2, 2021.

Jonathan Zucker # 384629
37 Florida Av. NE
Suite 200
Washington, DC  20002
(202) 624-0784
jonathanzuckerlaw@gmail.com

*Counsel for Timothy Hale-Cusanelli*

## CERTIFICATE OF SERVICE

I certify that on March 2, 2021, I caused a copy of the foregoing Motion and Memorandum to be filed with the Clerk using the CM/ECF System which will send notification of this filing to all parties.

_____/s/_____
Jonathan Zucker