UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                           Criminal No. 21-cr-00037 (TNM)

TIMOTHY HALE-CUSANELLI,

        Defendant.

## SUPPLEMENTAL EXHIBIT TO DEFENDANT'S MOTION

Defendant Timothy Hale-Cusanelli, through counsel, hereby submits the attached letter by John Getz in support of his previously filed Motion for Modification of Bond to Place the Defendant on Conditional Release Pending Trial. [Document 13]

                                                  Respectfully submitted,

                                                  _/s/_____
                                                  Jonathan Zucker #384629
                                                  37 Florida Avenue, NE,
                                                  Suite 200
                                                  Washington, DC  20002
                                                  (202) 624-0784
                                                  jonathanzuckerlaw@gmail.com

                                                  *Counsel for Timothy Hale-Cusanelli*

## CERTIFICATE OF SERVICE

I certify that on March 7, 2021, the foregoing was electronically filed with the court using the CM/ECF system that will serve the following registered user: James Nelson at james.nelson@usdoj.gov.

                                                  __/s/_____
                                                  Jonathan Zucker