UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**TIMOTHY LOUIS HALE-CUSANELLI**,<br><br>Defendant. | Case No. 1:21-cr-00037 (TNM) |

### ORDER

Defendant Timothy Louis Hale-Cusanelli seeks to be released on bond. *See* ECF Nos. 13, 14, 19. The Government opposes the motion. *See* ECF No. 18. Having considered the factors set forth in 18 U.S.C. § 3142(g) and for the reasons stated on the record at the hearing, the Court denies the Defendant's motion.

The Court concludes that the Defendant must be detained pending trial because the Government has shown by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community. It is hereby

**ORDERED** that the Defendant's [13] Motion to Modify Bond to Place the Defendant on Conditional Release Pending Trial is DENIED.

**SO ORDERED**.

Dated: March 23, 2021

TREVOR N. McFADDEN, U.S.D.J.