AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>TIMOTHY LOUIS HALE-CUSANELLI<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:21-mj-00075<br>Assigned to: Judge Robin M. Meriweather<br>Assign Date: 1/15/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    TIMOTHY LOUIS HALE-CUSANELLI                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint

❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. 1752 (a)(2)- Disrupting the Orderly Conduct of Government Business
40 U.S.C. 5104(e)(2)(D)- Violent Entry and Disorderly Conduct in a Capitol Building
40 U.S.C. 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building
18 U.S.C. 231(a)(3)- Obstructing a Law Enforcement Officer During a Civil Disorder

Date:    January 15, 2021

Robin M. Meriweather
2021.01.15 16:38:17 -05'00'

*Issuing officer's signature*

City and state:    Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge

*Printed name and title*

---

### Return

This warrant was received on *(date)*  January 15, 2021 , and the person was arrested on *(date)*  January 15, 2021
at *(city and state)*  Colts Neck, NJ                        .

Date:  January 15, 2021

*Arresting officer's signature*

Daniel Meyers  Special Agent, NCIS
*Printed name and title*