NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                      Criminal Number   21-00037-TNM

<u>Timothy Hale-Cusanelli</u>
           (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Jonathan Crisp 83505
*(Attorney & Bar ID Number)*
Crisp and Associates
*(Firm Name)*
4031 N. Front St
*(Street Address)*
Harrisburg, PA 17110
*(City)*   *(State)*   *(Zip)*
717-412-4676
*(Telephone Number)*