

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530*

July 14, 2021

Jonathan Crisp
jcrisp@crisplegal.com

      Re:    *United States v. Timothy Hale-Cusanelli*
                Case No. 21-cr-37

Dear Counsel:

      Below is a list of materials produced by the government as part of preliminary discovery, to date. **If you have not done so already, please download materials on USAfx at your earliest convenience as USAfx will auto-delete files after 90 days**.

| Item description | Produced via: | Produced on: |
|---|---|---|
| Video recording of custodial interview of Defendant Hale-Cusanelli | USAfx | February 22, 2021 |
| Bulk report of interviews conducted by NCIS | Email to defense counsel Jonathan Zucker | March 7, 2021 |
| | USAfx | June 1, 2021 (reproduction) |
| Report of interview conducted by NCIS of Sergeant John Getz | Email to defense counsel Jonathan Zucker | March 8, 2021 |
| Partial extraction of Apple iPhone – includes Cellebrite Extraction Report (PDF 1209 pages) and native files most relevant to Defendant's detention proceedings and conduct on January 6, 2021 | USAfx | March 11, 2021 |

| | | |
|---|---|---|
| Capitol Surveillance CCTV capturing defendant. **The Government has designated these files Highly Sensitive under the Protective Order issued in this case.** | USAfx | May 25, 2021 (reproduction) |
| CHS video and audio recordings. **The Government has designated these files Sensitive under the Protective Order issued in this case**. | USAfx | May 7, 2021 |
| Cellebrite Extraction Report (PDF 63073 pgs): iPhone 6s (A1633), MSISDN 7328105132, ISMI 310120163205040. Produced via USAfx on May 7, 2021 | USAfx | May 7, 2021 |
| Full extraction of Defendant's Apple iPhone | Encrypted zip drive | April 28, 2021 |
| | Blu Ray discs | April 28, 2021 (reproduction) |
| | Hard drive supplied by defense counsel Zucker | May 25, 2021 (reproduction) |
| Body Worn Camera video showing Defendant inside the U.S. Capitol on January 6, 2021.[1] | Download link from evidence.com and USAfx (duplicate) | June 1, 2021 |
| One image of Defendant outside of the Capitol on January 6, 2021 in a crowd of rioters | USAfx | June 1, 2021 |
| Toms River Police report dated 2/29/20. **The Government has designated these files Sensitive under the Protective Order issued in this case.** | USAfx | June 1, 2021 (reproduction) |
| Photo of Toms River Investigative Narrative dated 2/29/20. **The Government has designated these files Sensitive under the Protective Order issued in this case.** | USAfx | June 1, 2021 (reproduction) |
| Digital scan of Toms River Investigative Narrative dated 3/2/20. **The Government has designated these files Sensitive under the Protective Order issued in this case.** | USAfx | June 1, 2021 (reproduction) |
| Cellebrite extraction report of text messages between Defendant and ▮▮▮▮▮ | USAfx | June 1, 2021 (reproduction) |
| Howell Township Police Department Arrest Report dated 8/4/10 | USAfx | June 1, 2021 (reproduction) |
| Cellebrite extraction report of text messages between Defendant and ▮▮▮▮▮ | USAfx | June 1, 2021 (reproduction) |

---

[1] Defendant appears in full-length video at approximately 2:45 pm, or the 1:26:43 marker on the video player.

| | | |
|---|---|---|
| Filed copy of letter by ▓▓▓▓, filed on 3/7/21 | USAfx | June 1, 2021 (reproduction) |
| Two still images from Capitol CCTV of Defendant inside the Capitol building on January 6, 2021. **The Government has designated these files <u>Highly Sensitive</u> under the Protective Order issued in this case**. | USAfx | June 1, 2021 |
| Screen capture of email to Defendant from Rise Up Ocean County dated 1/4/20 | USAfx | June 1, 2021 (reproduction) |
| Guardian Report, file name "266N-NK-3370340_0000001.pdf." **The Government has designated these files <u>Sensitive</u> under the Protective Order issued in this case**. | USAfx | July 14, 2021 |
| Opening EC, file name "266N-NK-3370340_0000002.pdf." **The Government has designated these files <u>Sensitive</u> under the Protective Order issued in this case**. | USAfx | July 14, 2021 |
| Initial report of NCIS CHS, file name "266N-NK-3370340_0000003.pdf." | USAfx | July 14, 2021 |
| Documentation of an NCIS CHS Interaction with defendant, file name "266N-NK-3370340_0000004.pdf;" digital attachment, file name "266N-NK-3370340_0000004_1A0000001_0000001.pdf." **The Government has designated these files <u>Sensitive</u> under the Protective Order issued in this case**. | USAfx | July 14, 2021 |
| Contact with Army CID Special Agent ▓▓▓▓, file name "266N-NK-3370340_0000005.pdf." | USAfx | July 14, 2021 |
| Guardian complaint form and digital attachments, file names "266N-NK-3370340_0000007.pdf;" "266N-NK-3370340_0000007_Import.pdf;" "266N-NK-3370340_0000007_1A0000002_0000001.jpg;" "266N-NK-3370340_0000007_1A0000002_0000002.jpg;" "266N-NK-3370340_0000007_1A0000002_0000003.jpg;" "266N-NK-3370340_0000007_1A0000002_0000004.jpg;" "266N-NK-3370340_0000007_1A0000002_0000005.jpg;" "266N-NK-3370340_0000007_1A0000002_0000006.jpg;" "266N-NK-3370340_0000007_1A0000002_0000007.jpg;" "266N-NK-3370340_0000007_1A0000002_0000008.jpg;" "266N-NK-3370340_0000007_1A0000002_0000009.jpg;" "266N-NK-3370340_0000007_1A0000002_00000010.jpg;" "266N-NK-3370340_0000007_1A0000002_00000011.jpg;" "266N-NK-3370340_0000007_1A0000002_00000012.jpg;" "266N-NK-3370340_0000007_1A0000002_00000013.jpg;" | USAfx | July 14, 2021 |

| | | |
|---|---|---|
| "266N-NK-3370340_0000007_1A0000002_00000014.jpg;" "266N-NK-3370340_0000007_1A0000002_00000015.jpg;" "266N-NK-3370340_0000007_1A0000002_00000016.jpg;" "266N-NK-3370340_0000007_1A0000002_00000017.jpg." **The Government has designated these files <u>Sensitive</u> under the Protective Order issued in this case**. | | |
| Documentation of arrest and digital attachments, file names "266N-NK-3370340_0000010.pdf;" "266N-NK-3370340_0000010_1A0000005_0000001.pdf;" "266N-NK-3370340_0000010_1A0000005_0000002.pdf;" "266N-NK-3370340_0000010_1A0000005_0000003.pdf;" "266N-NK-3370340_0000010_1A0000005_0000004.pdf;" "266N-NK-3370340_0000010_1A0000005_0000005.pdf;" "266N-NK-3370340_0000010_1A0000005_0000006.pdf;" "266N-NK-3370340_0000010_1A0000005_0000007.pdf;" "266N-NK-3370340_0000010_1A0000005_0000008.pdf;" "266N-NK-3370340_0000010_1A0000005_0000009.pdf." | USAfx | July 14, 2021 |
| Record of physical surveillance and digital attachment, file names "266N-NK-3370340_0000011.pdf;" "266N-NK-3370340_0000011_1A0000006_0000001.pdf." | USAfx | July 14, 2021 |
| Record of physical surveillance and digital attachment, file names "266N-NK-3370340_0000012.pdf;" "266N-NK-3370340_0000012_1A0000007_0000001.pdf." | USAfx | July 14, 2021 |
| Documentation of arrest and digital attachments, file names "266N-NK-3370340_0000013.pdf;" "266N-NK-3370340_0000013_1A0000008_0000001.pdf;" "266N-NK-3370340_0000013_1A0000009_0000001.pdf;" "266N-NK-3370340_0000013_1A0000010_0000001.pdf." | USAfx | July 14, 2021 |
| Report on subject who traveled to Capitol and digital attachment, file names "266N-NK-3370340_0000014.pdf;" "266N-NK-3370340_0000014_Import.pdf." | USAfx | July 14, 2021 |
| Forensic Cell Phone Extraction of one Apple iPhone 6S and digital attachment, file names "266N-NK-3370340_0000015.pdf;" "266N-NK-3370340_0000015_1A0000011_0000001.pdf." | USAfx | July 14, 2021 |
| Record of transport of defendant, file name "266N-NK-3370340_0000016.pdf." | USAfx | July 14, 2021 |
| Search of Ford F-150 and digital attachments, file names "266N-NK-3370340_0000017.pdf;" "266N-NK-3370340_0000017_1A0000014_0000001_PHYSICAL.pdf;" "266N-NK-3370340_0000017_1A0000012_0000001.pdf;" "266N-NK-3370340_0000017_1A0000013_0000001_PHYSICAL.pdf." | USAfx | July 14, 2021 |

| | | |
|---|---|---|
| Conversion to full investigation, file name "266N-NK-3370340_0000018.pdf." **The Government has designated these files <u>Sensitive</u> under the Protective Order issued in this case**. | USAfx | July 14, 2021 |
| Search of ▮▮▮▮▮▮▮▮▮▮ and digital attachments, file names "266N-NK-3370340_0000022.pdf;" "266N-NK-3370340_0000022_1A0000017_0000001_PHYSICAL.pdf;" "266N-NK-3370340_0000022_1A0000017_0000002_PHYSICAL.pdf;" "266N-NK-3370340_0000022_1A0000015_0000001.pdf;" "266N-NK-3370340_0000022_1A0000016_0000001_PHYSICAL.pdf;" "266N-NK-3370340_0000022_1A0000016_0000002_PHYSICAL.pdf;" "266N-NK-3370340_0000022_1A0000015_0000002.pdf;" "266N-NK-3370340_0000022_1A0000018_0000001.pdf." | USAfx | July 14, 2021 |
| Record of interview of defendant and digital attachment, file names "266N-NK-3370340_0000023.pdf;" "266N-NK-3370340_0000023_1A0000019_0000001.pdf." | USAfx | July 14, 2021 |
| Record of interview of ▮▮▮▮▮▮▮▮ and digital attachment, file names "266N-NK-3370340_0000029.pdf;" "266N-NK-3370340_0000029_1A0000022_0000001.pdf." | USAfx | July 14, 2021 |
| Record of indictment of defendant and digital attachment, file names "266N-NK-3370340_0000037.pdf;" "266N-NK-3370340_0000037_1A0000023_0000001.pdf." | USAfx | July 14, 2021 |
| Record of CHS recordings and digital attachment, file names "266N-NK-3370340_0000041.pdf;" "266N-NK-3370340_0000041_1A0000024_0000001_PHYSICAL.pdf." **The Government has designated these files <u>Sensitive</u> under the Protective Order issued in this case**. | USAfx | July 14, 2021 |
| Update from CID, file name "266N-NK-3370340_0000043.pdf." | USAfx | July 14, 2021 |
| Record of detention hearing, file name "266N-NK-3370340_0000045.pdf." | USAfx | July 14, 2021 |
| Records of Toms River Police reports and digital attachments, file names "266N-NK-3370340_0000047.pdf;" "266N-NK-3370340_0000047_1A0000027_0000001.pdf;" "266N-NK-3370340_0000047_1A0000027_0000002.pdf." **The Government has designated these files <u>Sensitive</u> under the Protective Order issued in this case.** | USAfx | July 14, 2021 |
| Records of interview of PROTECT IDENTITY witness, file names "266N-NK-3370340_0000049.pdf;" "266N-NK-3370340_0000049_1A0000028_0000001.jpg;" "266N-NK- | USAfx | July 14, 2021 |

5

| | | |
|---|---|---|
| 3370340_0000049_1A0000028_0000002.jpg;" "266N-NK-3370340_0000049_1A0000028_0000003.jpg;" "266N-NK-3370340_0000049_1A0000028_0000004.jpg;" "266N-NK-3370340_0000049_1A0000028_0000005.jpg;" "266N-NK-3370340_0000049_1A0000028_0000006.jpg;" "266N-NK-3370340_0000049_1A0000028_0000007.jpg;" "266N-NK-3370340_0000049_1A0000028_0000008.jpg;" "266N-NK-3370340_0000049_1A0000028_0000009.jpg;" "266N-NK-3370340_0000049_1A0000028_00000010.jpg;" "266N-NK-3370340_0000049_1A0000028_00000011.jpg;" "266N-NK-3370340_0000049_1A0000028_00000012.jpg;" "266N-NK-3370340_0000049_1A0000028_00000013.jpg;" "266N-NK-3370340_0000049_1A0000028_00000014.jpg;" "266N-NK-3370340_0000049_1A0000028_00000015.jpg;" "266N-NK-3370340_0000049_1A0000028_00000016.jpg;" "266N-NK-3370340_0000049_1A0000028_00000017.jpeg." **The Government has designated these files <u>Sensitive</u> under the Protective Order issued in this case**. | | |
| NCIS Investigative Reports and digital attachment, file names "266N-NK-3370340_0000062.pdf;" "266N-NK-3370340_0000062_1A0000030_0000001.pdf." | USAfx | July 14, 2021 |
| NCIS Investigative Reports and digital attachment, file names "266N-NK-3370340_0000063.pdf;" "266N-NK-3370340_0000063_1A0000031_0000001.pdf." | USAfx | July 14, 2021 |
| Update to arrest warrant and digital attachment, "266N-NK-3370340_0000064.pdf;" "266N-NK-3370340_0000064_1A0000032_0000001.pdf." | USAfx | July 14, 2021 |
| Notes of interview of defendant and attachment, file names "266N-NK-3370340_0000066.pdf;" "266N-NK-3370340_0000066_1A0000034_0000001.pdf." | USAfx | July 14, 2021 |
| NCIS interview notes, file names "266N-NK-3370340_0000067.pdf;" "266N-NK-3370340_0000067_1A0000035_0000001.pdf;" "266N-NK-3370340_0000067_1A0000035_0000002.pdf." | USAfx | July 14, 2021 |
| Records of review of Capitol CCTV, file names "266N-NK-3370340_0000069.pdf;" 266N-NK-3370340_0000069_1A0000005_0000001.pdf;" "266N-NK-3370340_0000069_1A0000005_0000002.zip." | USAfx | July 14, 2021 |
| Create case request, file name "266N-NK-3370340_0000055.pdf." | USAfx | July 14, 2021 |
| Create case request and digital attachment, file names "266N-NK-3370340_0000056.pdf;" "266N-NK-3370340_0000056_1A0000001_0000001.msg." | USAfx | July 14, 2021 |

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

This material is subject to the terms of the Protective Order issued in this case.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

Kathryn E. Fifield
Trial Attorney-Detailee

Enclosure: link to USAfx folder
cc: Olivia Lindesmith, olindesmith@crisplegal.com;
Cassandra Baddorf, FedAdmin@crisplegal.com