# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 21-3029**  **September Term, 2020**
FILED ON: JULY 7, 2021

UNITED STATES OF AMERICA,
    APPELLEE

v.

TIMOTHY LOUIS HALE-CUSANELLI,
    APPELLANT

On Appeal of a Pretrial Detention ORder
(No. 1:21-cr-00037-1)

Before: TATEL, WILKINS, and RAO, *Circuit Judges*

## **J U D G M E N T**

This cause came on to be heard on the record from the United States District Court for the District of Columbia and on the memoranda of law and fact of the parties. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's detention order appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/

    Daniel J. Reidy
    Deputy Clerk

Date: July 7, 2021

Opinion for the court filed by Circuit Judge Wilkins.