# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-3082**                        **September Term, 2020**

**1:16-cr-00018-TFH-1**

**Filed On: August 23, 2021** [1911038]

United States of America,

       Appellee

   v.

Michael Lawrence Rosebar,

       Appellant

## M A N D A T E

In accordance with the judgment of June 28, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                          BY:    /s/
                                         Daniel J. Reidy
                                         Deputy Clerk

Link to the judgment filed June 28, 2021