UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-37 |
| | : | |
| TIMOTHY HALE-CUSANELLI, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court and counsel that Assistant United States Attorney Karen P. W. Seifert is entering her appearance in this case.

        Respectfully submitted,

        CHANNING PHILLIPS
        Acting United States Attorney
        D.C. Bar Number 415793

By:    /s/ Karen P. W. Seifert
        Karen P. W. Seifert
        NY Bar No. 4742342
        Assistant United States Attorneys
        National Security Section
        United States Attorney's Office
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-7527
        Karen.Seifert@usdoj.gov