UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 21-cr-37 |
| v. | : | |
| | : | |
| TIMOTHY LOUIS HALE-CUSANELLI | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY
FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

    The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                                        Respectfully submitted,

                                        CHANNING PHILLIPS
                                        Acting United States Attorney
                                        D.C. Bar No. 415793

By:          /s/ *Kathryn E. Fifield*
                Kathryn E. Fifield
                Trial Attorney
                U.S. Department of Justice, Crim. Division
                Detailed to the D.C. U.S. Attorney's Office
                555 Fourth Street, N.W.
                Washington, DC 20530
                Kathryn.Fifield@usdoj.gov
                (202) 320-0048