### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:21-CR-37 |
| | : | |
| | : | (JUDGE McFADDEN) |
| v. | : | |
| | : | |
| | : | |
| TIMOTHY LOUIS HALE- | : | |
| CUSANELLI, | : | |
| Defendant | : | |

### REPLY BRIEF IN SUPPORT OF DEFENSE'S MOTION TO TRANSFER
### VENUE

AND NOW comes the Defense who seeks to transfer venue for trial. Mr.

Hale-Cusanelli respectfully requests trial by an impartial jury, pursuant to the Fifth

Amendment, the Sixth Amendment, and Rule 21(a) of the Federal Rules of Criminal

Procedure.  Mr. Hale-Cusanelli requests this change in venue due to the ongoing

disruption to the lives of the local residents would deny Mr. Hale-Cusanelli any

opportunity for an impartial jury. The Defense rests on its initial brief in support of

transferring venue.

Respectfully submitted,
CRISP AND ASSOCIATES, LLC

Date: 22 April 2022

*/s/Jonathan W. Crisp*
Jonathan W. Crisp, Esquire
4031 North Front St.
Harrisburg, PA  17110

I.D. # 83505
(717) 412-4676
jcrisp@crisplegal.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served on the individual listed below:

## **ELECTRONIC SERVICE**

Kathryn Fifield, Esquire
Assistant United States Attorney
US Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
Kathryn.fifield@usdoj.gov

Karen Seifert, Esquire
Assistant United States Attorney
US Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
karen.seifert@usdoj.gov

Date: 22 April 2022

/s/ Jonathan W. Crisp
Jonathan W. Crisp, Esquire
4031 North Front St.
Harrisburg, PA  17110
I.D. # 83505
(717) 412-4676
jcrisp@crisplegal.com
Attorney for Defendant