UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No.: 21-CR-37 (TNM) |
| TIMOTHY LOUIS HALE-CUSANELLI, | |
| Defendant. | |

## ORDER

Upon consideration of the Government's Motion to Allow a Certain Witness to Testify Using Pseudonym Instead of Given Name, and response thereto, and the entire record in this case, it is this hereby

ORDERED, that the Government's Motion to Allow a Certain Witness to Testify Using Pseudonym Instead of Given Name is GRANTED; it is further

ORDERED, that the witness identified by the government as CHS is permitted to testify using a pseudonym instead of their real names and it is further

ORDERED, that the defense team not publicly disclose the identity of the CHS as a witness in this litigation.

5/2/22  
Date

THE HONORABLE TREVOR N. MCFADDEN  
U.S. DISTRICT COURT JUDGE