UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-37 (TNM) |
| v. | : | |
| | : | |
| TIMOTHY LOUIS HALE-CUSANELLI, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**GOVERNMENT'S NOTICE OF FILING OF SUPPLEMENTAL AUTHORITY**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the submission of supplemental authority in reference to Defendant's Motion to Dismiss Count One of the Superseding Indictment. (ECF No. 62.) Attached to this notice as supplemental authority is a May 2, 2022, decision of the Court in *United States v. McHugh*, 21-cr-453 (JDB).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:     /s/ *Kathryn E. Fifield*
Kathryn E. Fifield
Trial Attorney
U.S. Department of Justice, Crim. Division
Detailed to the D.C. U.S. Attorney's Office
601 D Street, N.W.
Washington, DC 20530
Kathryn.Fifield@usdoj.gov