US v. Hale-Cusanelli, 21-cr-37 — Government's Exhibit List

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date and time) |
|---|---|---|---|---|---|
| 1 | Phone | | 5/24/22 | Daniel Meyers | 5/27/2022 |
| 2 | Trump Flag | | 5/24/22 | Christopher Deibert | |
| 3 | Suit and Shoes | | 5/24/22 | Christopher Deibert | |
| 100.A | Ex. 100.A Audio Recording | | 5/24/22 | Daniel Meyers | |
| 100.B | Ex. 100.B Audio Recording | | 5/25/22 | Michael Jacobs | |
| 100.C | Ex. 100.C Audio Recording | | 5/25/22 | Michael Jacobs | |
| 100.D | Ex. 100.D Audio Recording | | 5/25/22 | Michael Jacobs | |
| 100T | Ex. 100T Transcript of Audio Recording | | 5/25/22 | Michael Jacobs | |
| 110T | Ex. 110T - Portions of Transcript of Hale-Cusanelli Statement | | 5/26/22 | Timothy Hale-Cusanelli | |
| 150.1 | Ex. 150.1.m4a | | 5/24/22 | Monique Moore | |

US v. Hale-Cusanelli, 21-cr-37 — Government's Exhibit List

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date and time) |
|---|---|---|---|---|---|
| 150.2 | Ex. 150.2.m4a | | 5/24/22 | Monique Moore | |
| 150.3 | Ex. 150.3.m4a | | 5/24/22 | Monique Moore | |
| 150.4 | Ex. 150.4.m4a | | 5/24/22 | Monique Moore | |
| 150.5 | Ex. 150.5.m4a | | 5/24/22 | Monique Moore | |
| 150.6 | Ex. 150.6.m4a | | 5/24/22 | Monique Moore | |
| 150.7 | Ex. 150.7.m4a | | 5/24/22 | Monique Moore | |
| 150.T | Ex. 150.T.pdf | | 5/24/22 | Monique Moore | |
| 200 | Capitol Model with Videos | | 5/25/22 | Erik Framhein | |
| 201 | Ex. 201.Capitol Picture.png | | 5/25/22 | Erik Framhein | |
| 204 | Ex. 204- USCP compilation (entire).mp4 | | 5/24/22 | Monique Moore | |

US v. Hale-Cusanelli, 21-cr-37 — Government's Exhibit List

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date and time) |
|---|---|---|---|---|---|
| 300 | Ex. 300.IMG_4910.MOV | | 5/24/22 | Christopher Diebert | |
| 301 | Ex. 301.IMG_4911.MOV | | 5/24/22 | Christopher Diebert | |
| 302 | Ex. 302.IMG_4912.MOV | | 5/24/22 | Christopher Diebert | |
| 304 | Ex. 304.IMG_4914.MOV | | 5/24/22 | Christopher Diebert | |
| 304A | Ex. 304. with Subtitles | | 5/25/22 | Erik Framhein | |
| 305 | Ex. 305.IMG_4915.MOV | | 5/24/22 | Christopher Diebert | |
| 308 | Ex. 308.IMG_4918.MOV | | 5/24/22 | Christopher Diebert | |
| 309 | Ex. 309.IMG_4919.MOV | | 5/24/22 | Christopher Diebert | |
| 309A | Ex. 309A Still Image | | 5/25/22 | Erik Framhein | |
| 310 | Ex. 310.IMG_4821.MOV | | 5/24/22 | Christopher Diebert | |

Printed on 5/27/2022

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date and time) |
|---|---|---|---|---|---|
| 311 | Ex. 311. IMG_4822.MOV | | 5/24/22 | Christopher Diebert | |
| 312 | Ex. 312. IMG_4824.MOV | | 5/24/22 | Christopher Diebert | |
| 313 | Ex. 313.IMG_4893.MOV | | 5/24/22 | Christopher Diebert | |
| 314 | Ex. 314.IMG_4895.MOV | | 5/24/22 | Christopher Diebert | |
| 315 | Ex. 315.IMG_4896.MOV | | 5/24/22 | Christopher Diebert | |
| 316 | Ex. 316.IMG_4897.MOV | | 5/24/22 | Christopher Diebert | |
| 317 | Ex. 317.IMG_4898.MOV | | 5/24/22 | Christopher Diebert | |
| 318 | Ex. 318.IMG_4899.MOV | | 5/24/22 | Christopher Diebert | |
| 319 | Ex. 319.IMG_4900.MOV | | 5/24/22 | Christopher Diebert | |
| 320 | Ex. 320.IMG_4901.MOV | | 5/24/22 | Christopher Diebert | |

US v. Hale-Cusanelli, 21-cr-37 — Government's Exhibit List

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date and time) |
|---|---|---|---|---|---|
| 321 | Ex. 321.IMG_4902.MOV | | 5/24/22 | Christopher Diebert | |
| 322 | Ex. 322.IMG_4904.MOV | | 5/24/22 | Christopher Diebert | |
| 323 | Ex. 323. IMG_4905.MOV | | 5/24/22 | Christopher Diebert | |
| 324 | Ex. 324. IMG_4906.MOV | | 5/24/22 | Christopher Diebert | |
| 325 | Ex. 325. IMG_4907.MOV | | 5/24/22 | Christopher Diebert | |
| 326 | Ex. 326.IMG_4908.MOV | | 5/24/22 | Christopher Diebert | |
| 327 | Ex. 327.IMG_4909.MOV | | 5/24/22 | Christopher Diebert | |
| 328 | Ex. 328.IMG_4913.MOV | | 5/24/22 | Christopher Diebert | |
| 332 | Ex. 332_IMG.5003_7.JPG | | 5/24/22 | Christopher Diebert | |
| 333 | Ex. 333_IMG.5003_9.JPG | | 5/24/22 | Christopher Diebert | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date and time) |
|---|---|---|---|---|---|
| 334 | Ex. 334_IMG.5003_10.JPG | | 5/24/22 | Christopher Diebert | |
| 335 | Ex. 335_IMG_4917.JPG | | 5/24/22 | Christopher Diebert | |
| 336 | Ex. 336_IMG_4920.JPG | | 5/24/22 | Christopher Diebert | |
| 337 | Ex. 337_5003_1.JPG | | 5/24/22 | Christopher Diebert | |
| 350.2 | Ex. 350.2 | | 5/24/22 | Christopher Diebert | |
| 350.2.A | Ex. 350.2.A.pdf | | 5/24/22 | Christopher Diebert | |
| 350.2.B | Ex. 350.2.B.IMG_4645.pdf | | 5/24/22 | Christopher Diebert | |
| 350.3 | Ex. 350.3 | | 5/24/22 | Christopher Diebert | |
| 350.3.C | Ex. 350.3.C.IMG_4647.pdf | | 5/24/22 | Christopher Diebert | |
| 350.3.D | Ex. 350.3.D.IMG_4646.pdf | | 5/24/22 | Christopher Diebert | |

US v. Hale-Cusanelli, 21-cr-37 — Government's Exhibit List

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date and time) |
|---|---|---|---|---|---|
| 350.4 | Ex. 350.4 | | 5/24/22 | Christopher Diebert | |
| 350.5 | Ex. 350.5 | | 5/24/22 | Christopher Diebert | |
| 350.5.A | 350.5.A.IMG_4645.pdf | | 5/24/22 | Christopher Diebert | |
| 350.5.B | 350.5.B.IMG_4646.pdf | | 5/24/22 | Christopher Diebert | |
| 350.5.C | 350.5.C.IMG_4647.pdf | | 5/24/22 | Christopher Diebert | |
| 350.5.D | 350.5.D.Screenshot 2020-11-06.pdf | | 5/24/22 | Christopher Diebert | |
| 350.6 | Ex. 350.6 | | 5/24/22 | Christopher Diebert | |
| 350.7 | 350.7.pdf | | 5/24/22 | Christopher Diebert | |
| 350.7.A | 350.7.A.Twitter.pdf | | 5/24/22 | Christopher Diebert | |
| 350.7.B | 350.7.B.IMG_4949.pdf | | 5/24/22 | Christopher Diebert | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date and time) |
|---|---|---|---|---|---|
| 350.8 | 350.8.pdf | | 5/24/22 | Christopher Diebert | |
| 350.9 | 350.9.pdf | | 5/24/22 | Christopher Diebert | |
| 350.10 | 350.10.pdf | | 5/24/22 | Christopher Diebert | |
| 400 | Ex. 400.Camera 925.mp4 | | 5/24/22 | Monique Moore | |
| 400A | Ex. 400A Still Image | X | 5/25/22 | Erik Framhein | |
| 401 | Ex. 401. Camera 908.mp4 | | 5/24/22 | Monique Moore | |
| 401A | Ex. 401A Still Image | X | 5/25/22 | Erik Framhein | |
| 402 | Ex. 402. Camera 926.mp4 | | 5/24/22 | Monique Moore | |
| 402A | Ex. 402A Still Image | X | 5/25/22 | Erik Framhein | |
| 403 | Ex. 403. Camera 102.mp | | 5/24/22 | Monique Moore | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date and time) |
|---|---|---|---|---|---|
| 403A | Ex. 403A Still Image | X | 5/25/22 | Erik Framhein | |
| 403B | Ex. 403B Still Image | X | 5/25/22 | Erik Framhein | |
| 403C | Ex. 403C Still Image | X | 5/25/22 | Erik Framhein | |
| 403D | Ex. 403D Still Image | X | 5/25/22 | Erik Framhein | |
| 404 | Ex. 404. Camera 402.mp4 | | 5/24/22 | Monique Moore | |
| 405 | Ex. 405. Camera 403.mp4 | | 5/24/22 | Monique Moore | |
| 405A | Ex. 405A Still Image | X | 5/25/22 | Erik Framhein | |
| 406 | Ex. 406 Camera 178.mp4 | | 5/24/22 | Monique Moore | |
| 406A | Ex. 406A Still Image | X | 5/25/22 | Erik Framhein | |
| 407 | Ex. 707 Camera 0402.mp4 | | 5/24/22 | Monique Moore | |

US v. Hale-Cusanelli, 21-cr-37 — Government's Exhibit List

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date and time) |
|---|---|---|---|---|---|
| 408 | Ex. 408. Camera 7206.mp4 | | 5/24/22 | Monique Moore | |
| 408A | Ex. 408A Still Image | X | 5/25/22 | Erik Framhein | |
| 409 | Ex. 409. Camera 7206.mp4 | | 5/24/22 | Monique Moore | |
| 410 | Ex. 410. Camera 7167.mp4 | | 5/24/22 | Monique Moore | |
| 410A | Ex. 410A Still Image | X | 5/25/22 | Erik Framhein | |
| 411 | Ex. 411. Camera 7164.mp4 | | 5/24/22 | Monique Moore | |
| 411A | Ex. 411A Still Image | X | 5/25/22 | Erik Framhein | |
| 411B | Ex. 411B Still Image | X | 5/25/22 | Erik Framhein | |
| 411C | Ex. 411C Still Image | X | 5/25/22 | Erik Framhein | |
| 411D | Ex. 411D Still Image | X | 5/25/22 | Erik Framhein | |

US v. Hale-Cusanelli, 21-cr-37                                                                  Government's Exhibit List

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date and time) |
|---|---|---|---|---|---|
| 412 | Ex. 412. Camera 7164.mp4 | | 5/24/22 | Monique Moore | |
| 412A | Ex. 412A Still Image | X | 5/25/22 | Erik Framhein | |
| 413 | Ex. 413. Camera 7167.mp4 | | 5/24/22 | Monique Moore | |
| 414 | Ex. 414. Camera 7206.mp4 | | 5/24/22 | Monique Moore | |
| 414A | Ex. 414A Still Image | X | 5/25/22 | Erik Framhein | |
| 415 | Ex. 415. Camera 171.mp4 | | 5/24/22 | Monique Moore | |
| 416 | Ex. 416. Camera 102.mp4 | | 5/24/22 | Monique Moore | |
| 416A | Ex. 416A Still Image | X | 5/25/22 | Erik Framhein | |
| 416B | Ex. 416B Still Image | X | 5/25/22 | Erik Framhein | |
| 416C | Ex. 416C Still Image | X | 5/25/22 | Erik Framhein | |

Printed on 5/27/2022

US v. Hale-Cusanelli, 21-cr-37                                                   Government's Exhibit List

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date and time) |
|---|---|---|---|---|---|
| 417 | Ex. 417.Camera 945.mp4 | | 5/24/22 | Monique Moore | |
| 417A | Ex. 417A Still Image | X | 5/25/22 | Erik Framhein | |
| 418 | Ex. 418. Camera 0171.mp4 | | 5/24/22 | Monique Moore | |
| 419 | Ex. 419. Camera 0907.mp4 | | 5/24/22 | Monique Moore | |
| 420 | Ex. 420. Camera 7164 and 0907.mp4 | | 5/24/22 | Monique Moore | |
| 420A | Ex. 420A Still Image | X | 5/25/22 | Erik Framhein | |
| 450 | Ex. 450 YouTube video clip | 5/24/22 | 5/25/22 | Daniel Meyers (ID); Raymond Watts (admit) | |
| 451 | Ex. 451 Video VP Motorcade | | 5/26/22 | Paul Wade | |
| 452 | Ex. 452 Video VP Evacuation | | 5/26/22 | Paul Wade | |
| 500 | 500 - Constitution, amd 12.pdf | | 5/24/22 | Daniel Schwager | |

US v. Hale-Cusanelli, 21-cr-37 — Government's Exhibit List

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date and time) |
|---|---|---|---|---|---|
| 501.15 | 501.15 - 3 USC 15.pdf | | 5/24/22 | Daniel Schwager | |
| 501.16 | 501.16 - 3 USC 16.pdf | | 5/24/22 | Daniel Schwager | |
| 504 | 504 - Senate concurrent Resolution 1.pdf | | 5/24/22 | Daniel Schwager | |
| 508 | Exhibit 508.mp4 Official Proceeding Video | | 5/24/22 | Monique Moore | |
| 511 | Email - VP Notification | | 5/26/22 | Paul Wade | |
| 601 | Ex. 601. - Capitol photo.jpg | | 5/24/22 | Monique Moore | |
| 601A | Ex. 601A. - Capitol photo with perimeter.pdf | | 5/24/22 | Monique Moore | |
| 601B | Ex. 601B. - Capitol photo w signs.jpg | | 5/24/22 | Monique Moore | |
| 601C | Ex. 601C - sign on rack.JPG | | 5/24/22 | Monique Moore | |
| 601D | Ex. 601D - sign itself.png | | 5/24/22 | Monique Moore | |

Printed on 5/27/2022

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date and time) |
|---|---|---|---|---|---|
| 602 | Ex. 602. Capitol diagram.png | | 5/24/22 | Monique Moore | |
| 604 | Ex. 604. USC Base Map.pdf | | 5/24/22 | Monique Moore | |
| 605 | Ex. 605. US Capitol Floors Overlay.pdf | | 5/24/22 | Monique Moore | |
| 605A | Ex. 605. Map Base Overlay (Papercopy) - as marked by witness | X | 5/25/22 | Matthew Shepard | |
| 605B | Ex. 605. Map Base Overlay (Papercopy) - as marked by witness | X | 5/26/22 | Raymond Watts | |
| 606 | Ex. 606. US Capitol-3d exterior.pdf+D8 | | 5/24/22 | Monique Moore | |
| 608 | Ex. 608 Map NW DC | | 5/24/22 | Christopher Diebert | |
| 700 | Ex. 700 Stipulation | | 5/24/22 | n/a | |
| 701 | Ex. 701 Stipulation | | 5/24/22 | n/a | |
| 702 | Ex. 702 Stipulation | | 5/24/22 | n/a | |