## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No.: 21-cr-00037 (TNM) |
| : | |
| TIMOTHY LOUIS HALE-CUSANELLI, : | |
| Defendant. : | |

## VERDICT FORM

**COUNT ONE:**

With respect to the offense of Obstruction of an Official Proceeding, we, the jury, find the defendant Timothy Hale-Cusanelli:

_____ Not Guilty        \_\_\_\_✗\_\_\_\_ Guilty

**COUNT TWO**

With respect to the offense of Entering or Remaining in a Restricted Building or Grounds, we, the jury, find the defendant Timothy Hale-Cusanelli:

_____ Not Guilty        \_\_\_\_✗\_\_\_\_ Guilty

**COUNT THREE**

With respect to the offense of Disorderly or Disruptive Conduct in a Restricted Building or Grounds, we, the jury, find the defendant Timothy Hale-Cusanelli:

_____ Not Guilty        \_\_\_\_✗\_\_\_\_ Guilty

**COUNT FOUR**

With respect to the offense of Disorderly or Disruptive Conduct in a Capitol Building, we, the jury, find the defendant Timothy Hale-Cusanelli:

_____ Not Guilty          \_\_\_\_\_X\_\_\_\_\_Guilty

**COUNT FIVE**

With respect to the offense of Parading, Demonstrating, or Picketing in a Capitol Building, we, the jury, find the defendant Timothy Hale-Cusanelli:

_____ Not Guilty          \_\_\_\_\_X\_\_\_\_\_Guilty

**We, the jury, have made the above-noted findings:**

5/27/22
_____
Date

2:24
_____
Time

_____
Foreperson