```
                          UNITED STATES DISTRICT COURT
                          FOR THE DISTRICT OF COLUMBIA

    * * * * * * * * * * * * * * *    )
    UNITED STATES OF AMERICA,        )    Criminal Action
                                     )      No. 21-00037
              Plaintiff,             )
                                     )
    vs.                              )
                                     )
    TIMOTHY LOUIS HALE-CUSANELLI,    )    Washington, D.C.
                                     )    May 27, 2022
              Defendant.             )    3:03 p.m.
                                     )
    * * * * * * * * * * * * * * *    )


                          TRANSCRIPT OF JURY TRIAL
                BEFORE THE HONORABLE TREVOR N. McFADDEN,
                     UNITED STATES DISTRICT JUDGE


    APPEARANCES:

    FOR THE GOVERNMENT:      KAREN P. SEIFERT, ESQ.
                             KATHRYN E. FIFIELD, ESQ.
                             UNITED STATES ATTORNEY'S OFFICE
                               FOR THE DISTRICT OF COLUMBIA
                             555 Fourth Street, Northwest
                             Eleventh Floor
                             Washington, D.C. 20530


    FOR THE DEFENDANT:       JONATHAN W. CRISP, ESQ.
                             CRISP AND ASSOCIATES, LLC
                             4031 North Front Street
                             Harrisburg, Pennsylvania 17110


    REPORTED BY:             LISA EDWARDS, RDR, CRR
                             Official Court Reporter
                             United States District Court for the
                               District of Columbia
                             333 Constitution Avenue, Northwest
                             Room 6706
                             Washington, D.C. 20001
                             (202) 354-3269
```

I N D E X

Verdict of the Jury                                           Page 6

```
 1              THE COURT:  Good afternoon.
 2              THE COURTROOM DEPUTY:  Your Honor, this is
 3   Criminal Case 21-37, the United States of America versus
 4   Timothy Hale-Cusanelli.
 5              Counsel, please come forward to identify
 6   yourselves for the record, starting with the Government.
 7              MS. SEIFERT:  Good afternoon, your Honor.  Karen
 8   Seifert and Kathryn Fifield for the United States.
 9              THE COURT:  Good afternoon, folks.
10              MR. CRISP:  Good afternoon, your Honor.  Jonathan
11   Crisp on behalf of Timothy Hale-Cusanelli.
12              THE COURT:  Good afternoon, gentlemen.
13              We've received a note that we have a verdict, so
14   I'll ask the jury to come in.
15              Ms. Seifert, is the Government requesting a poll?
16              MS. SEIFERT:  Yes, your Honor.
17              Just for the record, both parties agree to a poll.
18              THE COURT:  Ms. Seifert, assuming this is a final
19   verdict, I'll be directing the Government to promptly make
20   available the evidence.
21              MS. SEIFERT:  Yes, your Honor.  We would like to
22   address the Court on that issue just briefly.  We can do it
23   now or when the jury is excused.
24              THE COURT:  Why don't we start now.
25              MS. SEIFERT:  We would make the following requests
```

1  of the Court:

2  During the afternoon of May 24th, 2022, the
3  witness, Special Agent Deibert, I think inadvertently stated
4  several of the phone numbers in Mr. Hale-Cusanelli's text
5  messages in their full form, which was not what he was
6  instructed to do.  So we would ask the Court if we could ask
7  for redactions and sealing of that transcript at three
8  different points to redact those phone numbers for the
9  privacy of those individuals.

10  THE COURT:  Okay.

11  MS. SEIFERT:  It's not PII, but we just think it's
12  not necessary in the transcript.  So the redactions we would
13  ask are 492, Line 6, the phone number starting in 609; 495,
14  Lines 2 to 3, the phone number starting in 908; and 496,
15  Line 9, the phone number starting in 732.

16  THE COURT:  All right.  Any objection to those
17  requests, Mr. Crisp?

18  MR. CRISP:  No, your Honor.  We concur in the
19  request.

20  THE COURT:  So I will order sealing of that
21  limited information; and otherwise, I'll ask the Government
22  to --

23  MS. SEIFERT:  And then the second request we would
24  make, your Honor, is that in the public versions of the 350
25  materials, that we be permitted to redact or black out the

1   phone numbers of all -- both the Defendant and the parties
2   he is communicating with.
3               THE COURT:  I think that's appropriate.
4               Don't you, Mr. Crisp?
5               MR. CRISP:  I do, your Honor.
6               THE COURT:  So I'll ask you to do that as well.
7               MS. SEIFERT:  Thank you, your Honor.  That's all.
8               THE COURT:  Thank you.
9               (Whereupon, the jury entered the courtroom at 3:07
10  p.m. and the following proceedings were had:)
11              THE COURT:  Welcome back, ladies and gentlemen.
12              Who in the jury speaks as its foreperson?
13              THE JURY FOREPERSON:  (Indicates.)
14              THE COURT:  Mr. Foreman, has the jury unanimously
15  agreed upon a verdict?
16              THE JURY FOREPERSON:  Yes, it has.
17              THE COURT:  The Defendant will rise.
18              Mr. Foreman, I'll ask you to read the jury's
19  verdict aloud.
20              Ladies and gentlemen of the jury, there's been a
21  request for the poll of the verdict.  Therefore, following
22  the verdict being read aloud in open court, each juror may
23  be asked individually whether the verdict as published
24  constitutes his or her individual verdict in all respects.
25              Mr. Foreman?

1               THE JURY FOREPERSON: So I'll just read it.
2               On Count 1, with respect to the offense of
3      obstruction of an official proceeding, we, the jury, find
4      the Defendant, Timothy Hale-Cusanelli, guilty.
5               Count 2, with respect to the offense of entering
6      or remaining in a restricted building or grounds, we, the
7      jury, find the Defendant, Timothy Hale-Cusanelli, guilty.
8               Count 3, with respect to the offense of disorderly
9      or disruptive conduct in a restricted building or grounds,
10     we, the jury, find the Defendant, Timothy Hale-Cusanelli,
11     guilty.
12              Count 4, with respect to the offense of disorderly
13     or disruptive conduct in a Capitol building, we, the jury,
14     find the Defendant, Timothy Hale-Cusanelli, guilty.
15              With respect to the offense of parading,
16     demonstrating or picketing in a Capitol building, we, the
17     jury, find the Defendant, Timothy Hale-Cusanelli, guilty.
18              THE COURT: Thank you, Mr. Foreman.
19              The deputy clerk will now poll the jury.
20              THE COURTROOM DEPUTY: Members of the jury, as
21     your number is called, please indicate if your individual
22     verdict is the same as that just announced.
23              Juror No. 1?
24              JUROR NO. 1: Yes.
25              THE COURTROOM DEPUTY: Juror No. 2?

1           JUROR NO. 2:  Yes.
2           THE COURTROOM DEPUTY:  Juror No. 4?
3           JUROR NO. 4:  Yes.
4           THE COURTROOM DEPUTY:  Juror No. 5?
5           JUROR NO. 5:  Yes.
6           THE COURTROOM DEPUTY:  Juror No. 6?
7           JUROR NO. 6:  Yes.
8           THE COURTROOM DEPUTY:  Juror No. 7?
9           JUROR NO. 7:  Yes.
10          THE COURTROOM DEPUTY:  Juror No. 8?
11          JUROR NO. 8:  Yes.
12          THE COURTROOM DEPUTY:  Juror No. 9?
13          JUROR NO. 9:  Yes.
14          THE COURTROOM DEPUTY:  Juror No. 10?
15          JUROR NO. 10:  Yes.
16          THE COURTROOM DEPUTY:  Juror No. 11?
17          JUROR NO. 11:  Yes.
18          THE COURTROOM DEPUTY:  Juror No. 12?
19          JUROR NO. 12:  Yes.
20          THE COURTROOM DEPUTY:  And Juror No. 13?
21          JUROR NO. 13:  Yes.
22          THE COURT:  The poll verifies that the verdict is
23   unanimous.  The clerk is directed to file and record the
24   verdict.
25          Ladies and gentlemen, thank you for your service

1 in this case.  You have been diligent and patient.  Our
2 American judicial system is respected around the world and
3 our system works because of the willingness of citizens such
4 as each of you to take time away from their busy lives to
5 serve as jurors.  Your conscientious service allows our
6 courts to work fairly and efficiently for parties with
7 disputes that require resolution.  This is an important
8 public service.
9            And on behalf of the United States District Court
10 for the District of Columbia, I want to thank you for your
11 service.
12            You now are free to go.  Thank you very much.
13            (Whereupon, the jury exited the courtroom at 3:11
14 p.m. and the following proceedings were had:)
15            THE COURT:  Let's look for a sentencing date.
16 Ms. Chaclan?
17            THE COURTROOM DEPUTY:  August 23rd at 2:00 p.m.
18            THE COURT:  Does that work for the Government?
19            MS. SEIFERT:  Your Honor, I'm assuming it would be
20 in person?
21            THE COURT:  Yes.
22            MS. SEIFERT:  I am out that week but back the
23 following week.
24            MR. CRISP:  What month was that?  I'm sorry.
25            THE COURTROOM DEPUTY:  August.  But never mind.

```
 1       We're looking in September now.
 2              How about September 16th at 2:00 p.m.?  Does that
 3       work for the Government?
 4              MS. SEIFERT:  That's a good date, your Honor.
 5              THE COURT:  Mr. Crisp, does that work for the
 6       defense?
 7              MR. CRISP:  Yes, your Honor.
 8              THE COURT:  We'll set this for sentencing on
 9       Friday, September 16th, at 2:00 p.m.  That'll be here in
10       Courtroom No. 2.  I'll request any memoranda in aid of
11       sentencing to be filed by September 9th.
12              Mr. Hale-Cusanelli, a presentence investigation
13       report will be ordered.  A member of the probation office
14       will interview you, and your attorney may be present if you
15       wish, to learn more information about you to assist me in
16       preparing the sentencing report.  You and your attorney will
17       also have an opportunity to speak to me at your sentencing
18       and, of course, to review and provide any comments on the
19       presentence report.
20              I should say, I'll also consider a motion from the
21       Government for an enhancement under Guideline 3C1.1 for
22       obstruction of administration of justice at least as to the
23       Defendant's testimony that he didn't know Congress met in
24       the Capitol Building and that he didn't know he was
25       interfering with police officers at the time.
```

```
 1                I'm not going to look to resolve that now; I'm not
 2      looking for arguments from the attorneys.  But I found those
 3      claims highly dubious, and I think at least as to the first
 4      the jury almost certainly disagreed with him as well.
 5                Ms. Seifert, anything further for the Government?
 6                MS. SEIFERT:  No, your Honor.
 7                THE COURT:  And Mr. Crisp?
 8                MR. CRISP:  Your Honor, did you say Courtroom 9?
 9                THE COURT:  Courtroom 2.
10                MR. CRISP:  2.  Okay.
11                THE COURT:  Thank you, folks.
12                MS. SEIFERT:  Thank you, your Honor.
13                THE COURT:  The marshal may remove the Defendant,
14      and we'll dismiss the attorneys.
15                Thank you.
16                (Proceedings concluded.)
17
18
19
20
21
22
23
24
25
```

**CERTIFICATE**

I, LISA EDWARDS, RDR, CRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings produced to the best of my ability.

Dated this 27th day of May, 2022.

/s/ Lisa Edwards, RDR, CRR
Official Court Reporter
United States District Court for the
 District of Columbia
333 Constitution Avenue, Northwest
Washington, D.C. 20001
(202) 354-3269