## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:21-CR-37** |
| | : | |
| | : | **(JUDGE McFADDEN)** |
| **v.** | : | |
| | : | |
| | : | |
| **TIMOTHY   LOUIS   HALE-CUSANELLI,** | : | |
| **Defendant** | : | |

## <u>MOTION TO EXTEND TIME TO FILE POST-TRIAL MOTIONS</u>

AND NOW, this 6th day of June 2022, comes the Defendant Timothy Hale-Cusanelli, by and through his attorney Jonathan W. Crisp, Esquire, and hereby requests this Honorable Court grant his Motion to Extend Time to File Post-Trial Motions.  In support of said motion, the following is averred:

1.  The Defendant was indicted on 29 January 2021, and charged with the following:

    a)  Count 1: Civil Disorder;[1]

    b)  Count 2: Aiding and Abetting[2]

    c)  Count 3: Obstruction of an Official Proceeding;[3]

    d)  Count 4: Entering and Remaining in a Restricted Building or Grounds;[4]

    e)  Count 5: Impeding Ingress and Egress in a Restricted Building or Grounds;[5]

---

[1] 18 USC § 231(a)(3)
[2] 18 USC § 2
[3] 18 USC § 1512(c)(2
[4] 18 USC § 1752(a)(1)
[5] 18 USC § 1752(a)(3)

    f)  Count 6: Disorderly Conduct in a Capitol Building;[6]

    g)  Count 7: Parading, Demonstrating, or Picketing in a Capitol Building;[7]

2.  Defendant was found guilty on all counts on 27 May 2022.

3.  On 6 June, 2022 Attorney Nicholas Smith was retained to assist with post-trial motions and sentencing.

4.  Attorney Smith received the trial transcripts just prior to contracting COVID-19 and has unable to review while ill.

5.  Sentencing is currently scheduled for 16 September 2022.

6.  Undersigned counsel is in need of additional time to coordinate with Attorney Smith and prepare motions and notices.

7.  Therefore, undersigned counsel respectfully requests a continuance of two (2) weeks to file any post-trial motions.  The requested deadline would be 24 June 2022.

8.  Assistant United States Attorney Karen Seifert, Esquire concurs with the instant motion.


WHEREFORE, it is respectfully requested that the Court grant the Defendants' Motion to Extend Time to File Post-Trial Motions.  In accordance with Local Rule LCvR 16.1(b), notice has been given to all other parties in this matter. In accordance with Local Rule LCvR 7(a), no brief is being submitted in support of this motion

---

[6] 40 USC § 5104(e)(2)(D)
[7] 40 USC § 5104(e)(2)(G)

because it is a motion for continuance of pretrial motions and notices with the reasons for the motion fully set forth.

Respectfully submitted,
CRISP AND ASSOCIATES, LLC


Date: 6 June 2022

*/s/Jonathan W. Crisp*
Jonathan W. Crisp, Esquire
4031 North Front St.
Harrisburg, PA  17110
I.D. # 83505
(717) 412-4676
jcrisp@crisplegal.com

## <u>CERTIFICATE OF CONCURRENCE</u>

I, Jonathan W. Crisp, Counsel for Defendant, Timothy Hale-Cusanelli, hereby certify thatAssistant United States Attorney Karen Seifert, Esquire, has no objections to the foregoing Motion.

Date: 6 June 2022                                        /s/ Jonathan W. Crisp
                                                                 Jonathan W. Crisp, Esquire

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served on the individual listed below:

## **ELECTRONIC SERVICE**

Karen Seifert, Esquire
Assistant United States Attorney
US Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
karen.seifert@usdoj.gov

Date: 6 June 2022

/s/ Jonathan W. Crisp
Jonathan W. Crisp, Esquire
4031 North Front St.
Harrisburg, PA  17110
I.D. # 83505
(717) 412-4676
jcrisp@crisplegal.com
Attorney for Defendant