NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                          Criminal Number  21-cr-37

Timothy Hale-Cusanelli
         (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA            ☒ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

*Nicholas Smith*
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Nicholas Smith, VA No. 79745
(Attorney & Bar ID Number)

David B Smith PLLC
(Firm Name)

7 East 20th Street
(Street Address)

New York NY 11222
(City)            (State)            (Zip)

917-902-3869
(Telephone Number)