Dear Judge McFadden,

     My name is Cynthia Hughes, and I would like to share my sentiments with you about Tim. There is so much to share but where to begin. I was present when Tim arrived in this world. I held Tim when he was just minutes old. As I rocked him for the few seconds, I held him I thought about that song from Dumbo, Baby Mine. I wanted to shield him as I knew Tim was in for a rough road with the parents he was born to. I grew up with Tim's parent's, his mom was one of my closest friends growing up. She had a hard life, raised by her grandparents. She had lots of substance abuse issues. Tim's father was absent and thank goodness he was because he is a monster. Tim was so burdened right from the gate. I swore to this little boy as I rocked him, I would be by his side always. I have tried desperately to keep that promise to him. Regretfully there were times though when I just couldn't be. Tim's mother had many emotional issues and there were times when I had to remove myself from her life which meant I had to leave Tim behind. As I write that sentence to you, I am heartsick when reflecting on how I deserted Tim when he needed a dependable adult in his life the most. Many rites of passage in Tim's life he went through alone. If you wouldn't mind, I would like to share one or two of those moments with you. But first, Mary, Tim's mom had a few fleeting moments when she did try. She tried to create normalcy for him but sadly she could never be the selfless mother he needed. When Tim was taken away from his mother when he was just a little boy. She did fight so hard to get clean and get him back. She did good for some time. She got married and her husband adopted Tim and raised him as his own until he no longer wanted to be married and he deserted Tim too. Tim was so burdened by the adults in his life. There was a time when his mom and I had such a falling out I had to close the door and shame on me for closing it to this boy too, I will never forgive myself for not being there when he needed me most. I am in great pain just writing that to you, it hurts my heart so.

Here are one of those moments I referenced above that I would like to share with you. Tim decided he would go to the Army right out of high school. When he graduated bootcamp none of us were present. He graduated all alone, nobody there to celebrate him. It truly kills me to think about. What's worse is when Tim entered high school, he knew very quickly he would enter the Army after graduation, he was looking forward to leaving home and getting away from his mother. He was to go active, but his mother came up with this crazy story that she had cancer. She begged Tim not to leave her and so Tim changed the entre trajectory of his life plans to take care of his mother only to learn she never in fact had cancer at all. Thankfully he didn't abandon his plans of being in the Army completely. He went to the reserves with plans to go active later. This was a turning point in his relationship with his mother. Another moment was the day he went to take his official military picture and he couldn't pay for the pictures because his mother drained his bank account. The military told him don't worry you can pay when you pick the pictures up. Tim was so excited about this picture and his "yearbook" except Tim's bank account was drained again. Tim never got his pictures. How heartbreaking. I have spent the past year trying desperately to track down that picture hoping to surprise him when he came home but have had zero luck.

1

This boy has been so burdened in life by the adults and from such a young age. Many times, he had to leave home and come stay with me. Other than his great grandparents who loved him so dearly I was the only constant in his life. I have loved Tim as I love my own four children. One of the times he had to leave home and come stay with me he walked in the house with some of his belongings but this one time he had this stack of letters, I ask what is that? They were all the letters he wrote to his mother while he was away at bootcamp and AIT, not one of these letters were opened. Imagine coming home after being away almost one year to see all the letters you wrote your mother sitting on the kitchen table unopened. When Tim came home from bootcamp and AIT he came home to a horror show. Tim was the parent around that house. He paid all the bills and kept him and his mother afloat. Tim was paying a mortgage when he should have been in another country doing what he wanted in his life. When his mother and her husband split up the burdens Tim carried just piled high on his shoulders.

Tim suffered great mental, emotional, and physical abuse in his life. Several years ago, after another altercation with his mother I made the decision that my friendship with her would be done. I had to choose between Tim and his mother, and I chose Tim, he needed a mother more than I needed that friendship. After the last round of his mother throwing him out of the house again as she did often, she called the police this time and said she didn't want him to come back. He had five minutes to get whatever belongings he could. A week later he asked the police to accompany him to get more of his belongings, he got another five minutes and then was advised he would have to settle the matter civilly. So, he took her to court and begged the court to let him get his belongings, the court sided with him. Mary his mom would never be available; we went back and forth to court only to learn she sold the house moved out of state and got rid of everything he owned. He was so devastated; I was devastated for him. Everything he had from his childhood, his pictures, his high school diploma, his transformers he was so proud of, his incredible artwork. Who does such a hateful and painful thing to their own child? His mother has spent most of Tim's life just taking everything she could from him. Tim has lost everything not once but now for a second time in his life. He will come home only to have to rebuild his life yet again.

Judge McFadden when people go through such hardships some turn to alcohol, some drugs, some suffer with depression Tim turned to developing a bombastic personality. Tim is very stoic, he doesn't like to ask for help, he doesn't like to owe anyone. He will never show his pain, EVER! He has always been a very hard worker. He has such a kind spirit and heart in him. He is not a racist! He is not a white supremacist! He is desensitized. He is numb from all the abuse he has endured in this life. Tim is mischaracterized and it is truly so heartbreaking how he has been massacred in the media and in front of this country, he will never recover from the character assassination he has suffered. I don't know how he would have survived these 21 months if I were not present in his life. He has suffered enough!

Judge McFadden if you will allow me; Tim has paid the price for his participation on that fateful day, many have if I may. Tim is not a violent person; he doesn't walk around the streets of NJ looking like Hitler. He will now forever be known for this picture and offensive satire. I have watched Tim grow and I have also watched him live a very hard and painful life, and if you

2

knew what he has endured you would cheer him for being the survivor he is. He never made himself a victim of his circumstances. He has always been hardworking, loved serving his country and would give anyone the shirt off his back. Tim was the shop steward at his job over a group of diverse men. He proudly took this responsibility very seriously. He wrote letters to his congresspeople to exact change at the workplace. If Tim was getting himself a cup of coffee after working a 12-hour shift, he got it for the entire crew. He is the guy that would work an overnight shift and when his shift was over, he went and got everyone breakfast sandwiches. The guy you could call in the middle of the night if your car broke down, he is the guy you can always depend on no matter what, that is the true Tim Hale. There is so much more to Tim then the overly insensitive pictures and memes that were released from his private phone where these things lived. This content does not define Tim! Further, I do not condone Tim's choice of comedy, I have shared many times with him where I stand on it his imperceptive judgement of his comedic choices. No matter how insensitive we all feel I assure you there is not a racist bone in his body. There is not a violent bone in his body!

Judge McFadden I urge you to let Tim come home. I am asking you to please consider the contents of this note to you and look at Tim and realize he is not a danger to anyone. He is someone who has endured nothing but suffering throughout his life and he turned to jokes, memes and rhetoric to seek comfort. He has spent the past 21 months locked in a 5x5 cell denied basic human rights. Please Judge McFadden let Tim come home with me, please.

Thank you for any consideration you may give this note.


Sincerely,

*/s/ Cynthia Hughes*_____
Cynthia Hughes