# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. __21cr37__ |
| ) | |
| Timothy Hale-Cusanelli ) | |

## NOTICE OF APPEAL

Name and address of appellant:   Timothy Hale-Cusanelli
Correctional Treatment Facility
1901 E St. SE
Washington, D.C. 20003

Name and address of appellant's attorney:   Nicholas Smith
1123 Broadway
Suite 909
New York, NY 10010

Offense:   18 U.S.C. s. 1512(c)(2)

Concise statement of judgment or order, giving date, and any sentence:

Judgment entered and sentence imposed on September 22, 2022.

Name and institution where now confined, if not on bail:   D.C. Jail, Correctional Treatment Facility

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

10/6/2022                                      /s/ Timothy Hale-Cusanelli
DATE                                            APPELLANT
                                                *Nicholas Smith*
                                                ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE    [ ]
CJA, NO FEE             [ ]
PAID USDC FEE           [✓]
PAID USCA FEE           [ ]

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | ✓ | |
| Has counsel ordered transcripts? | | ✓ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | ✓ | |