# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3075**                                      **September Term, 2024**

**1:21-cr-00037-TNM-1**

**Filed On: December 19, 2024**

United States of America,

      Appellee

      v.

Timothy Louis Hale-Cusanelli,

      Appellant


**BEFORE:**    Katsas, Childs, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the joint motion to govern future proceedings, it is

**ORDERED** that appellant's conviction under 18 U.S.C. §§ 1512(c)(2) and 2 be vacated and the case be remanded for further proceedings.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to issue the mandate forthwith to the district court.

### Per Curiam


        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
        Elbert B.J. Lestrade
        Deputy Clerk