**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No. 1:21-cr-37-TNM |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY HALE-CUSANELLI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**HALE-CUSANELLI'S RESPONSE TO GOVERNMENT MOTION TO DISMISS**

Hale-Cusanelli, by counsel, hereby advises the Court that he does not oppose dismissal of his case with prejudice.

Dated: January 23, 2025                     Respectfully submitted,


                                             /s/ Nicholas D. Smith_____
                                            Nicholas D. Smith, D.C. Bar No. 1029802
                                            1123 Broadway, Suite 909
                                            New York, NY 10010
                                            (917) 902-3869
                                            nds@davidbsmithpllc.com
                                            *Counsel to Hale-Cusanelli*

1

**Certificate of Service**

I hereby certify that on the 23rd day of January, 2025, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

Counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

 /s/ Nicholas D. Smith      
Nicholas D. Smith, D.C. Bar No. 1029802
1123 Broadway, Suite 909
New York, NY 10010
(917) 902-3869
nds@davidbsmithpllc.com
